NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY ANTONIO JENKINS,          )
                                  )
            Appellant,            )
                                  )
v.                                )          Case No.  2D17-3832
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed March 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

Gregory Antonio Jenkins, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KELLY and CRENSHAW, JJ., Concur.